IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DARIN E. HEINBERG, | CV 18-00105-H-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| COURTNEY HIBBS,[1] | |
| Defendants. | |

Defendant filed a motion to dismiss for lack of personal jurisdiction and improper venue. (Doc. 17.) Plaintiff Darin Heinberg filed a response consenting to dismissal of this action without prejudice. (Doc. 24.) Defendant has no objection to dismissal without prejudice. (Doc. 26.)

ACCORDINGLY, IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss (Doc. 17) is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

DATED this 27th day of January, 2020.

Brian Morris
United States District Court Judge

---

[1] The case style has been amended to reflect the dismissal of Defendants Gilbert Hibbs, Dorothy Hibbs, Safeco Insurance, and Progressive Insurance Complaint. (Doc. 14.)